UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL DIMAIO, Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually | : | CA 08 31S |
| V. | : | C.A. No.: PC 2006-5009 |
| THE STATE OF RHODE ISLAND ("STATE") and the DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES ("DCYF") and LINDA BENJAMIN, PATRICIA CHABOT, and DONNA RODERICK, in their individual capacities and as Agents, Servants, and Employees of the DCYF and the STATE, and Does 1 through 30 | : | |
| PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, KAREN WRIGHT, and DAVID WRIGHT | : | |
| V. | : | C.A. No.: PC 2007-5811 |
| STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30 | : | |

**NOTICE OF REMOVAL**

**To: Clerk of the Court**
**United States District Court**
**District of Rhode Island**
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

**Clerk of the Court**
**Providence County Superior Court**
250 Benefit Street
Providence, RI 02903

**Edward V. Formisano, Esquire**
Sinapi, Formisano & Company, Ltd.
100 Midway Road, Suite 1
Cranston, RI 02920-5742

**Fred T. Polacek, Esquire**
Law Offices of Fred T. Polacek
55 Dorrance Street, # 2
Providence, RI 02903

Now come Defendants, State of Rhode Island, Department of Children, Youth and Families, Linda Benjamin, Patricia Chabot, and Donna Roderick (hereinafter "Defendants"), and pursuant to 28 U.S.C. § 1446, hereby give Notice of Removal of the civil actions presently pending in Superior Court of Rhode Island, County of Providence, entitled Paul DiMaio, et al. v. State of Rhode Island, et al., C.A. No.: PC 2006-5009 and C.A. No.: PC 2007-5811 ("State Court Actions"), to the United States District Court for the District of Rhode Island.

Removal is expressly authorized by 28 U.S.C. § 1441 and is based on the District Court's original jurisdiction of the claims arising under the laws of the United States.

In support of this Notice, Defendants respectfully state:

1. Defendants were served with a copy of a Summons and Complaint in Paul DiMaio, et al. v. State of Rhode Island, et al., C.A. No.: PC 2007-5811, on or about December 26, 2007. The case was commenced on or about October 31, 2007, in the Superior Court, Providence County. On or about January 17, 2007, this case, Civil Action No.: PC 2007-5811, which is brought pursuant to 42 U.S.C. § 1983, was consolidated with a separate action, C.A. No.: PC 2006-5009, previously filed in the Superior Court, Providence County.

2. This Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after receipt by the Defendants, through service of the

Summons and Complaint in Civil Action No.: PC 2007-5811, of a copy of a paper from which it may be ascertained that the case has become removable. This is the initial pleading setting forth the claim for relief, 42 U.S.C. § 1983, upon which said State Court Action is based.

3. Pursuant to 28 U.S.C. § 1441, these civil actions may be removed by Defendants to this Court because Civil Action No.: PC 2007-5811 is an action over which this Court has original federal question jurisdiction under the provisions of 28 U.S.C. § 1331 as an action arising under the laws of the United States, see Complaint – Count I (alleging violation of 42 U.S.C. § 1983), and the consolidated actions arise out of a common nucleus of operative facts.

4. These actions are removable to this Court pursuant to 28 U.S.C. § 1441(a) because the Untied States District Court for the District of Rhode Island is the judicial district encompassing the location where the State Court Actions are pending, i.e., County of Providence, State of Rhode Island.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal shall be filed with the Clerk of the Superior Court, Providence County and a copy of this Notice of Removal shall be served upon counsel for all parties.

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, Defendants shall file certified or attested copies of the State Court Actions docket sheets and record with this Court within ten (10) days after filing this Notice of Removal.

WHEREFORE, Defendants respectfully request that this Honorable Court accept this Notice of Removal in accordance with 28 U.S.C. §§ 1441 and 1446, and that these civil actions be removed, without waiver of procedural or substantive defenses, from the Superior Court of Rhode Island, Providence County, to this Court for all purposes.

Defendants,

By Their Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

Anne T. Turilli, Esquire (#5502)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2355
Fax: (401) 222-2995
aturilli@riag.state.ri.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23d day of January 2008, I mailed a true and accurate copy of the within *Notice of Removal*, postage pre-paid, to **Edward V. Formisano, Esquire**, Sinapi, Formisano & Company, Ltd., 100 Midway Road, Suite 1, Cranston, RI 02920-5742 and **Fred T. Polacek, Esquire**, Law Offices of Fred T. Polacek, 55 Dorrance Street, # 2, Providence, RI 02903 to them at their usual place of business as hereinabove set forth.

Kelly Zolano