STATE OF RHODE ISLAND
PROVIDENCE, Sc.

SUPERIOR COURT

PAUL DIMAIO
Administrator of the Estate of
THOMAS JOSEPH WESTLEY WRIGHT,
CHERYL BORQUE in her Representative
Capacity as Adoptive Parent of
MICKEY WRIGHT and DAVID BOLTON,
DAVID WRIGHT, Individually and as Parent of
MAKAYLA ANN WRIGHT Next of Friend
of KAREN WRIGHT Individually.

PC-06-5009

VS.

THE STATE OF RHODE ISLAND
("STATE") and the DEPARTMENT OF
CHILDREN, YOUTH AND FAMILIES
("DCYF") and LINDA BENJAMIN, PATRICIA CHABOT,
And DONNA RODERICK In Their Individual Capacities
And As Agents, Servants, and Employees of the DCYF
And the STATE OF RHODE ISLAND.
And does 1 through 30

**COMPLAINT**

**PARTIES AND JURISDICTION**

1. The Plaintiff, Paul DiMaio is the Administrator of the Estate of Thomas Joseph Westley Wright who died on October 31, 2004. That the Plaintiff maintains this action in his representative capacity in accordance with R.I.G.L. 10-7-01 et. seq.

2. That the Plaintiff Cheryl Borque is the adoptive parent of Mickey Wright and David Bolton and maintains this action in her representative capacity on their behalf. That Plaintiff David Wright is the Parent of Makayla Ann Wright and maintains this action in his representative capacity on her behalf, and in his individual capacity. That Plaintiff Karen Wright is the Parent of the Decedent Thomas Joseph Westley Wright.

3. The Defendant, Department of Children, Youth and Families ("DCYF") is a Department of the Defendant, State of Rhode Island ("State") and is organized and existing by virtue

FILED
HENRY S. KINCH JR. CLERK
2006 SEP 25 P 2:50

of the laws of the State of Rhode Island and the United States of America and is such each are entities able to be sued.

4. That the Defendants, Patricia Chabot, Linda Benjamin and Donna Roderick are now and at all times material hereto, were agents, servants and employees of the State of Rhode Island and DCYF and are sued in this capacity.

5. That the Defendants Does 1 through 30 are as yet unknown parties who are and may be employees, agents, servants, contractors, with the Defendants herein and are sued in this capacity until their identities become known.

**FACTS**

6. That on October 31, 2004, Plaintiffs Decedent, Thomas Joseph Wesley was in the care, custody and control of the Defendants "State", "DCYF", and Patricia Chabot, Linda Benjamin and Donna Roderick.

7. That on such date, the Plaintiffs are informed, believe and allege that the Plaintiffs Decedent died as a result of the intentional acts of Katherine Bunnell and Gilbert Delestre.

**COUNT I**

8. Plaintiffs re-allege and incorporate the allegations as contained in Paragraph 1 through 7 as if set forth fully herein.

9. That on October 31, 2004, the Decedent was in the care, custody and control of the Defendants State, DCYF, Benjamin, Chabot and Roderick, and Does 1 through 30.

10. That on said date and prior thereto, it became the duty of the Defendants jointly and severally to care, maintain, protect, and comfort the Decedent Thomas Joseph Westley Wright.

11. That the Defendants jointly and severally breached their duty of care for Thomas Joseph Westley Wright and their actions and inactions lead to the death of Thomas Joseph Westley Wright.

12. That the Defendants jointly and severally knew or should have known that the individuals known as Katherine Bunnell and Gilbert Delestre posed an immediate danger to Thomas Joseph Westley Wright. The Defendants jointly and severally breached their duty to Thomas Joseph Westley Wright in failing to insulate and protect Thomas Joseph Westley Wright from the actions of Katherin Bunnell and Gilbert Delestre.

13. That as a direct and proximate result of the negligence of the Defendants jointly and serially the Plaintiffs' Decedent, Thomas Joseph Westley Wright died and suffered pain and suffering prior to his death and incurred medical expenses, funeral expenses and loss of enjoyment of life. That the foregoing are compensable to the Estate of the Decedent pursuant to R.I.G.L. 10-7-5 – 10-7-7.

**WHEREFORE**, YOUR Plaintiff, Paul DiMaio, Administrator of the Estate of Thomas Joseph Westley Wright demands judgment against the Defendants, Department of Children, Youth and Families ("DCYF"), Patricia Chabot, Linda Benjamin and Donna Roderick and Does 1 through 30 as provided for under R.I. Wrongful Death Act 10-7-1.1 et seq. and Plaintiffs pray for damages in an amount sufficient to meet the jurisdictional requirements of this Honorable Court, together with interest, attorney's fees and costs of maintaining this action.

**Plaintiffs Demand A Trial By Jury and Designate James P. Howe as Trial Counsel.**

Plaintiffs
By their Attorney,

James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900

## COUNT II

14. Plaintiffs re-allege and incorporates paragraphs 1 through 13 of Count I.

15. That the Plaintiffs Cheryl Borque in her representative capacity on behalf of Mickey Wright and David Bolton and David Wright Individually and in his representative capacity on behalf of Makayla Ann Wright individually and Karen Wright Individually as heirs of the Decedent sustain damage in accordance with R.I.G.L. 10-7-1., et. seq. and further sustained a loss of consortium as a result of the negligence of the Defendants Department of Children, Youth and Families ("DCYF"), Patricia Chabot, Linda Benjamin and Donna Roderick and Does 1 through 30 jointly and severally resulting in the death of the Plaintiffs' Decedent.

**WHEREFORE**, YOUR Plaintiff, Paul DiMaio, Administrator of the Estate of Thomas Joseph Westley Wright demands judgment against the Defendants, Department of Children, Youth and Families ("DCYF"), Patricia Chabot, Linda Benjamin and Donna Roderick and Does 1 through 30 as provided for under R.I. Wrongful Death Act 10-7-1.1 et seq. and Plaintiffs pray for damages in an amount sufficient to meet the jurisdictional requirements of this Honorable Court, together with interest, attorney's fees and costs of maintaining this action.

**Plaintiffs Demand A Trial By Jury and Designate James P. Howe as Trial Counsel.**

Plaintiffs
By their Attorney,

James P. Howe #2716
215 Broadway
Providence, RI 02903
(401) 272-3900