**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Paul DiMaio, et al

v. CA08-31S

State of Rhode Island, et al

# ORDER

The above case is transferred to the calendar of Senior Judge Ronald R. Lagueux.

ENTER:

William E. Smith
U.S. District Judge

Date: 1/24/08