STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5811 PAUL DIMAIO V STATE OF RHODE ISLAND

Filing Date: 10-31-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 01-24-2008

Plaintiff: PAUL DIMAIO
ID: @10939319
Plaintiff: ESTATE OF THOMAS JOSEPH WESTLEY WR
ID: @10939320
Plaintiff: HOWARD CROLL
ID: @10939321
Plaintiff: KAREN WRIGHT
ID: @10939322
Plaintiff: DAVID WRIGHT
ID: @10939323

Attorney: FRED POLACEK
Attorney: V. EDWARD FORMISANO
Attorney: FRED POLACEK
Attorney: V. EDWARD FORMISANO
Attorney: FRED POLACEK
Attorney: V. EDWARD FORMISANO
Attorney: FRED POLACEK
Attorney: V. EDWARD FORMISANO
Attorney: FRED POLACEK
Attorney: V. EDWARD FORMISANO
Attorney: MICHAEL PUSHEE

Defendant: STATE OF RHODE ISLAND
ID: STATE
Defendant: DEPARTMENT OF CHILDREN YOUTH & FAMI
ID: DCYF
Defendant: PATRICIA CHABOT
ID: @10939324
Defendant: DONNA RODERICK
ID: @10939325
Defendant: LINDA BENJAMIN
ID: @10965584

Attorney: ANNE TURILLI

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 10-31-2007 | COMPLAINT FILED | |
| 10-31-2007 | INITIAL FILING FEE | |
| 10-31-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP259504. |
| 01-15-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: BENJAMIN, LINDA |
| 01-15-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: RODERICK, DONNA |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE RHODE ISLAND AND PROVIDENCE PLA ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-5811 PAUL DIMAIO V STATE OF RHODE ISLAND

| | | |
|---|---|---|
| 01-15-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: DEPARTMENT OF CHILDREN YOUTH & FAMILY |
| 01-15-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: CHABOT, PATRICIA |
| 01-17-2008 | ENTRY OF APPEARANCE | BY ATTORNEY MICHAEL PUSHEE |
| 01-17-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: WRIGHT, DAVID |
| 01-17-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RODERICK, DONNA |
| 01-17-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CHABOT, PATRICIA |
| 01-17-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: STATE OF RHODE ISLAND |
| 01-17-2008 | AFFIDAVIT AND DEFAULT ENTERED | LINDA BENJAMIN , DCYF |
| 01-17-2008 | APPLICATION ENT DEFAULT FILE | |
| 01-17-2008 | AFFIDAVIT FILED | AS TO MILITARY SERVICE AND COMPETENCE |
| 01-18-2008 | DEFAULT ENTERED | DEFTS HAVE FAILED OR OTHERWISE DEFEND AS REQUIRE BY THE R I SUPERIOR COURT RULES OF CIVIL PROCEDURE. DEFAULT SHALL HEREBY ENTER FOR PLTFS AND AGANIST DEFTS |
| 01-24-2008 | NOTICE OF REMOVAL | |
| 01-24-2008 | CASE REMVD TO US DISTRICT CT | |
| 01-24-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island