**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PAUL DIMAIO, Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually**
**Plaintiffs,**

**V.** **C.A. No.: 08-31L**

**THE STATE OF RHODE ISLAND ("STATE") and the DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES ("DCYF") and LINDA BENJAMIN, PATRICIA CHABOT, and DONNA RODERICK, in their individual capacities and as Agents, Servants, and Employees of the DCYF and the STATE, and Does 1 through 30**
**Defendants,**

**PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, KAREN WRIGHT, and DAVID WRIGHT**
**Plaintiffs,**

**V.** **C.A. No.: 08-31L**

**STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30**
**Defendant,**

## NOTICE OF FILING OF STATE COURT RECORD

Now come Defendants, State of Rhode Island, Department of Children, Youth and Families, Linda Benjamin, Patricia Chabot, and Donna Roderick (hereinafter "Defendants"), and hereby give notice to the Honorable Court of the filing of the record of Superior Court of Rhode Island, Providence County, Paul DiMaio, et al. v. State of Rhode Island, et al.: C.A. No.: PC 2006-5009 and PC 2007-5811. See attested copy, attached hereto.

Defendants,

By Their Attorneys,

PATRICK C. LYNCH
ATTORNEY GENERAL

Anne T. Turilli, Esquire (#5502)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2355
Fax: (401) 222-2995
aturilli@riag.state.ri.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2008, I mailed a true and accurate copy of the within *Notice of Filing of State Court Record*, postage pre-paid, to **Edward V. Formisano, Esquire**, Sinapi, Formisano & Company, Ltd., 100 Midway Road, Suite 1, Cranston, RI 02920-5742 and **Fred T. Polacek, Esquire**, Law Offices of Fred T. Polacek, 55 Dorrance Street, # 2, Providence, RI 02903 to them at their usual place of business as hereinabove set forth.

Kelly Zellano