STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5009 ESTATE OF THOMAS WRIGHT V STATE OF RHODE ISLAND

Filing Date: 09-25-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: WRONGFUL DEATH
Status Date: 01-24-2008

| | |
|---|---|
| Plaintiff: PAUL DIMAIO<br>ID: @10864661 | Attorney: JAMES HOWE |
| Plaintiff: THOMAS WRIGHT<br>ID: @10864662 | Attorney: JAMES HOWE |
| Plaintiff: CHERYL BARQUE<br>ID: @10864663 | Attorney: JAMES HOWE |
| Plaintiff: MICKEY WRIGHT<br>ID: @10864664 | Attorney: JAMES HOWE |
| Plaintiff: DAVID BOLTON<br>ID: @10864665 | Attorney: JAMES HOWE |
| Plaintiff: DAVID WRIGHT<br>ID: @10864666 | Attorney: JAMES HOWE |
| Plaintiff: MAKAYLA WRIGHT<br>ID: @10864667 | Attorney: JAMES HOWE |
| Plaintiff: KAREN WRIGHT<br>ID: @10864668 | Attorney: FRED POLACEK |
| Defendant: STATE OF RHODE ISLAND<br>ID: STATE | Attorney: ANNE TURILLI |
| Defendant: DEPARTMENT OF CHILDREN YOUTH & FAMI<br>ID: DCYF | Attorney: ANNE TURILLI |
| Defendant: LINDA BENJAMIN<br>ID: @10864669 | Attorney: ANNE TURILLI |
| Defendant: PATRICIA CHABOT<br>ID: @10864670 | Attorney: ANNE TURILLI |
| Defendant: DONNA RODERICK<br>ID: @10864671 | Attorney: ANNE TURILLI |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 05-31-2007 | MOTION TO WITHDRAW<br>PASSED | P CRT16 | LANPHEAR |
| 06-07-2007 | MOTION TO WITHDRAW<br>GRANTED | P CRT16 | HURST |
| 06-13-2007 | MOTION<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |
| 06-20-2007 | MOTION<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |
| 07-11-2007 | MOTION<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STAT_ OF RHODE ISLAND AND PROVIDENCE PL_ TATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5009 ESTATE OF THOMAS WRIGHT V STATE OF RHODE ISLAND

| | | | |
|---|---|---|---|
| 07-11-2007 | MOTION TO WITHDRAW<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |
| 07-18-2007 | MOTION<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |
| 07-18-2007 | MOTION TO WITHDRAW<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |
| 07-25-2007 | MOTION<br>PASSED | P CRT16 | HURST |
| 07-25-2007 | MOTION TO WITHDRAW<br>PASSED | P CRT16 | HURST |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-25-2006 | COMPLAINT FILED | |
| 09-25-2006 | INITIAL FILING FEE | |
| 09-25-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP234324. |
| 10-19-2006 | ANSWER FILED | Affiliated: STATE OF RHODE ISLAND |
| 10-19-2006 | ANSWER FILED | Affiliated: CHABOT, PATRICIA |
| 10-19-2006 | ANSWER FILED | Affiliated: RODERICK, DONNA |
| 10-19-2006 | ANSWER FILED | Affiliated: BENJAMIN, LINDA |
| 12-01-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: STATE OF RHODE ISLAND |
| 12-01-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: BENJAMIN, LINDA |
| 12-01-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CHABOT, PATRICIA |
| 12-01-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: DEPARTMENT OF CHILDREN YOUTH & FAMILY |
| 12-01-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RODERICK, DONNA |
| 05-18-2007 | AFFIDAV OF NON-MILITARY SERV | |
| 05-31-2007 | ENTRY OF APPEARANCE | Affiliated: POLACEK, FRED T |
| 05-31-2007 | PASSED | |
| 06-07-2007 | GRANTED | |
| 06-08-2007 | OBJECTION FILED | TO DISQUALIFY ATTORNEY JAMES HOWE<br>Affiliated: WRIGHT, KAREN |
| 06-13-2007 | CASE CONT BY AGREEMENT | |
| 06-20-2007 | CASE CONT BY AGREEMENT | |
| 07-02-2007 | ORDER, MOT TO WTHDRW APPEAR | HURST, J. (GRANTED) THE MOTION OF JAMES P HOWE TO WITHDRAW AS ATTORNEY FOR KAREN WRIGHT |
| 07-11-2007 | CASE CONT BY AGREEMENT | |
| 07-11-2007 | CASE CONT BY AGREEMENT | |
| 07-16-2007 | STIPULATION FILED | JAMES P HOWE WITHDRAWS |
| 07-18-2007 | CASE CONT BY AGREEMENT | |

True Copy Attest
Office of Clerk Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-5009 ESTATE OF THOMAS WRIGHT V STATE OF RHODE ISLAND

| | | |
|---|---|---|
| 07-18-2007 | CASE CONT BY AGREEMENT | |
| 07-25-2007 | PASSED | |
| 07-25-2007 | PASSED | |
| 01-07-2008 | MOTION TO CONSOLIDATE | GRANTED UNDER RULE OF COURT AS OF 01-17-08 IF NO OBJECTION IS TIMELY FILED<br>Affiliated: STATE OF RHODE ISLAND |
| 01-09-2008 | MOTION TO COMPEL ANSW INTEROG | GRANTED UNDER RULE OF COURT AS OF 01-23-08 IF NO OBJECTION IS TIMELY FILED<br>Affiliated: STATE OF RHODE ISLAND |
| 01-09-2008 | MOTION TO COMPEL PRODUCTION | (4 FILED) GRANTED UNDER RULE OF COURT AS OF 01-23-08 IF NO OBJECTION IS TIMELY FILED<br>Affiliated: STATE OF RHODE ISLAND |
| 01-22-2008 | ORDER, MOTION TO CONSOLIDATE | HURST , J - GRANTED- THE FOLLOWING CASES ARE HEREBY CONSOLIDATED PURPOSES OF TRIAL . CIVL ACTION # PC-2006-5009 AND PC-2007-5811<br>Affiliated: STATE OF RHODE ISLAND |
| 01-23-2008 | ORDER, MOTION TO CONSOLIDATE | GRANTEDHURST,JTHE FOLLOWING CASES ARE HEREBY CONSOLIDATED FOR PURPOSES OF TRIAL : PC-2006-5009 & PC-2007-5811. |
| 01-24-2008 | NOTICE OF REMOVAL | |
| 01-24-2008 | CASE REMVD TO US DISTRICT CT | |
| 01-24-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island