STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

PAUL DIMAIO
Administrator of the Estate of
THOMAS JOSEPH WESTLEY WRIGHT,
CHERYL BORQUE in her Representative
Capacity as Adoptive Parent of
MICKEY WRIGHT and DAVID BOLTON,
DAVID WRIGHT, Individually and as a
Parent of MAKAYLA ANN WRIGHT Next of
Friend of KAREN WRIGHT Individually,
Plaintiff

VS.

C.A. No.: 06-5009

THE STATE OF RHODE ISLAND ("STATE")
and the DEPARTMENT OF CHILDREN,
YOUTH AND FAMILIES ("DCYF") and
LINDA BENJAMIN, PATRICIA CHABOT,
And DONNA RODERICK In Their Individual
Capacities and As Agents, Servants, and Employees
of the DCYF and the STATE OF RHODE ISLAND
and does 1 through 30
Defendant

**ANSWER**

Now comes the Defendant, State of Rhode Island and Rhode Island Department of Children, Youth & Families ("Defendant"), and hereby answers Plaintiff's complaint as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the complaint and leaves Plaintiffs to their proof.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the complaint and leaves Plaintiffs to their proof.

Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2006 OCT 19 P 4:20

3. Defendant admits the allegations contained in Paragraph 3 of the complaint subject to the privileges and immunities set forth in the Affirmative Defenses stated herein and the laws of the State of Rhode Island, including the Tort Claims Act.

4. Defendant admits the allegations contained in Paragraph 4 of the complaint.

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the complaint and leaves Plaintiffs to their proof.

6. Defendant admits that on October 31, 2004, Thomas Joseph Wesley was in the care, custody and control of the State and DCYF and denies the remaining allegations contained in Paragraph 6 of the complaint

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the complaint and leaves Plaintiffs to their proof. Upon information and belief, the State has brought criminal charges against Katherine Bunnell and Gilbert Delestre.

**COUNT I**

8. Defendant's responses to Paragraphs 1 through 7 of the complaint are incorporated by reference as if fully set forth herein.

9. Defendant admits that on October 31, 2004, Thomas Joseph Wesley was in the care, custody and control of the State and DCYF and denies the remaining allegations contained in Paragraph 9 of the complaint.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**COUNT II**

14. Defendant's responses to Paragraphs 1 through 13 of the complaint are incorporated by reference as if fully set forth herein.

15. Denied.

WHEREFORE, Defendant demands judgment in their favor together with costs and such further relief as this Court deems appropriate.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against Defendants upon which relief can be granted, in that it fails to articulate a legally sufficient factual basis for a finding of liability against Defendants, including, but not limited to, a failure to plead a legal duty, breach of such duty, injury and causation.

**SECOND AFFIRMATIVE DEFENSE**

Defendants have the status as sovereign and all benefits which inure to said status, including the doctrine of sovereign immunity.

**THIRD AFFIRMATIVE DEFENSE**

The doctrine of discretionary immunity bars all claims against these Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' damages, if any, are as a result of Plaintiffs' comparative and/or contributory negligence.

**FIFTH AFFIRMATIVE DEFENSE**

The doctrine of absolute immunity bars all claims against these Defendants.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**SIXTH AFFIRMATIVE DEFENSE**

Defendants acted in good faith and, therefore, have qualified immunity.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendants plead assumption of the risk.

**EIGHTH AFFIRMATIVE DEFENSE**

Defendants plead the public duty doctrine.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' own negligence was the sole and proximate cause of their injuries, or substantially contributed to said injuries.

**TENTH AFFIRMATIVE DEFENSE**

To the extent that Defendants are not otherwise immune from liability, which liability is expressly denied, the monetary limitation on damages set forth in R.I.G.L. §9-31-1 et seq. applies to this action.

**ELEVENTH AFFIRMATIVE DEFENSE**

To the extent Plaintiff claims prejudgment interest, post-judgment interest and/or costs, such are barred pursuant to R.I.G.L. §9-31-1 et seq. with respect to Defendants.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendants plead the defense of no duty owed to the Plaintiffs, and in the alternative, that Defendants have met any duty imposed on them under law.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Any loss, damage or injury sustained by Plaintiffs, which loss, damage or injury is expressly denied, is the direct and proximate result of the acts or failure to act of persons and/or parties not Defendants and over whom Defendants had or have no control and no right to control.

True Copy Attest

Superior Court
Providence & Bristol
Providence, Rhode Island

**FOURTEENTH AFFIRMATIVE DEFENSE**

Defendants plead the defense of estoppel and/or waiver.

WHEREFORE, Defendant requests that Plaintiff's Complaint be denied and dismissed, and that it be awarded its costs and fees in connection with the defense of this action.

Defendants,
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

ANNE T. TURILLI (Bar No. 5502)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2425
(401) 222-2995 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify a true copy of the within was sent first class mail, postage prepaid on this 17th day of October, 2006 to the following listed below:

James P. Howe, Esq.
215 Broadway
Providence, RI 02903

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island