UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually | : | |
| V. | : | C.A. No.: 08-31L |
| STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30 | : | |

**ENTRY OF APPEARANCE**

I, Anne T. Turilli, Special Assistant Attorney General, do hereby enter my appearance on behalf of Defendants, State of Rhode Island, Department of Children, Youth and Families, Linda Benjamin, Patricia Chabot, and Donna Roderick.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully Submitted,

STATE OF RHODE ISLAND,
DEPARTMENT OF CORRECTIONS,
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Anne T. Turilli

ANNE T. TURILLI (#5502)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2355
Fax: (401) 222-2995
aturilli@riag.state.ri.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2008, I electronically filed the within *Entry of Appearance*, via the ECF System and caused a copy to be electronically sent to **Edward V. Formisano, Esquire**, Sinapi, Formisano & Company, Ltd., 100 Midway Road, Suite 1, Cranston, RI 02920-5742 and **Fred T. Polacek, Esquire**, Law Offices of Fred T. Polacek, 55 Dorrance Street, # 2, Providence, RI 02903 as hereinabove set forth.

/s/ Anne T. Turilli

PDF created with pdfFactory trial version www.pdffactory.com