UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually | : | |
| V. | : | C.A. No.: 08-31L |
| STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30 | : | |

**STIPULATION**

It is agreed by and between the undersigned parties that the entry of default is hereby set aside.

/s/ V. Edward Formisano
V. Edward Formisano, Esq. (#5512)
Michael Pushee, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5742
Tel: (401) 944-9690
Fax: (401) 943-9040
edf@sfclaw.com

/s/ Fred T. Polacek
Fred T. Polacek, Esq. (#2710)
Law Offices of Fred T. Polacek
55 Dorrance Street, # 2
Providence, RI 02903
Tel: (401) 861-5662
Fax: (401) 961-4792
fred@fredpolaceklaw.com

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Anne T. Turilli
Anne T. Turilli, Esquire (#5502)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2355
Fax: (401) 222-2995
aturilli@riag.state.ri.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February 2008, I electronically filed the within *Stipulation*, via the ECF System and caused a copy to be electronically sent to **Edward V. Formisano, Esquire**, Sinapi, Formisano & Company, Ltd., 100 Midway Road, Suite 1, Cranston, RI 02920-5742 and **Fred T. Polacek, Esquire**, Law Offices of Fred T. Polacek, 55 Dorrance Street, # 2, Providence, RI 02903 as hereinabove set forth.

/s/ Anne T. Turilli



PDF created with pdfFactory trial version www.pdffactory.com