**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

Paul DiMaio, Co-Administrator of the
Estate of Thomas Joseph
Westley Wright, et al

VS. CA NO. 08-31L

DCYF, et al

**PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that all pretrial discovery be completed by Dec. 19, 2008. Court further orders that counsel present the following by Jan. 30, 2009.

**1.** A typewritten memorandum in which

(a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witnessto testify with a brief summary of his testimony.

(b) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his testimony.

**2.** Memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

**3.** A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All said exhibits will be **pre-marked** by the plaintiff in numerical order and by defendant in alphabetical order.

**4.** A list of all witnesses indicating those to testify as experts.

**5.** If said captioned case is to be tried before a jury, full and complete proposed jury instructions.

**6.** **Probable length of trial.**

**7.** Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

**8.** Said captioned case will therafter be assigned to the continuous trial calendar.

**9.** Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal or default.

**10.** After 10 days from the close of discovery, no motions shall be filed and accepted by the Clerk of this Court except by leave of the undersigned; absent the acceptance of any motion, the case is subject to being called for trial on a 24-hour notice.

BY ORDER:

Deputy Clerk

**ENTER:**

Ronald R. Lagueux

**Senior District Judge Ronald R. Lagueux**

**DATED:** 2/5/08