**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PAUL DIMAIO,** in his capacity as :
Co-Administrator of the Estate of :
**THOMAS JOSEPH WESTLEY WRIGHT,** :
**HOWARD R. CROLL,** in his capacity :
as Co-Administrator of the Estate of :
**THOMAS JOSEPH WESTLEY WRIGHT,** :
**CHERYL** BORQUE in her representative :
capacity as Adoptive Parent of **MICKEY** :
**WRIGHT and DAVID BOLTON, DAVID** :
**WRIGHT,** Individually and as a parent of :
**MAKAYLA ANN WRIGHT,** Next Friend of :
**KAREN WRIGHT, Individually,** :
**Plaintiffs** :
:
**vs.** : **C.A. No.:08-31L**
:
**STATE OF RHODE ISLAND, Department of** :
**Children, Youth and Families,** :
**LINDA BENJAMIN**, individually and in her :
official capacity as an employee of the :
State of Rhode Island, **PATRICIA CHABOT**, :
individually and in her official capacity as an :
employee of the State of Rhode Island, :
**DONNA RODERICK**, individually and in her :
official capacity as an employee of the State of :
Rhode Island, and Does 1 through 30, :
**Defendants**

**STIPULATION**

The parties stipulate that the time period for Plaintiff, David Wright, to respond to Defendants' interrogatories and requests for production of documents is extended to March 26, 2008.

Plaintiff,
By his attorneys,
SINAPI, FORMISANO & COMPANY, LTD.

/s/ V. Edward Formisano
V. Edward Formisano, Esq. (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5742
(401) 944-9690
(401) 943-9040 (facsimile)

Defendants,
By their attorneys,
State of Rhode Island
Department of Corrections,

/s Anne T. Turilli
Anne T. Turilli (#5502)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
(401)274-440 x 2355
(401)222-2995( facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2008, I electronically filed the within *Stipulation*, via the ECF system and caused a copy to be electronically sent to **Anne T. Turilli**, **Esquire**, Special Assistant Attorney General, Rhode Island Department of Attorney General, 150 South Main Street, Providence, RI 02903 and **Fred T. Polacek, Esquire**, Law Offices of Fred T. Polacek, 55 Dorrance Street, #2, Providence, RI 02803 as hereinabove set forth.

/s/ V. Edward Formisano