**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL DIMAIO,** in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL,** in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT, KAREN WRIGHT, and DAVID WRIGHT,** **Plaintiffs** | : | |
| **vs.** | : | **C.A. No. 08-31L** |
| **STATE OF RHODE ISLAND, Department of Children, Youth and Families, LINDA BENJAMIN**, individually and in her official capacity as an employee of the State of Rhode Island, **PATRICIA CHABOT**, individually and in her official capacity as an employee of the State of Rhode Island, **DONNA RODERICK**, individually and in her official capacity as an employee of the State of Rhode Island, and Does 1 through 30, **Defendants** | : | |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Now come the Plaintiffs in the above-cited matter and hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure 15 for leave to amend their Complaint in the form annexed hereto and as grounds therefor and in support thereof rely on their Memorandum of Law filed simultaneous herewith.

**WHEREFORE**, Plaintiffs respectfully pray that their Motion to Amend Complaint be granted.

David Wright,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

**Dated: May 8, 2008**

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

Karen Wright,
By her attorney,

**Dated: May 8, 2008**

/s/ Fred T. Polacek
Fred T. Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
(401) 861-4792 (facsimile)

**CERTIFICATION**

TO: Anne T. Turilli
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that on the 8th day of May, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano