**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL DIMAIO,** in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL,** in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT, KAREN WRIGHT, and DAVID WRIGHT,** **Plaintiffs** | : | |
| **vs.** | : | **C.A. No. 08-31L** |
| **STATE OF RHODE ISLAND, Department of Children, Youth and Families,** **LINDA BENJAMIN**, individually and in her official capacity as an employee of the State of Rhode Island, **PATRICIA CHABOT**, individually and in her official capacity as an employee of the State of Rhode Island, **DONNA RODERICK**, individually and in her official capacity as an employee of the State of Rhode Island, and Does 1 through 30, **Defendants** | : | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT**

This action is brought by the Plaintiffs seeking relief for the wrongful death of Thomas Joseph Westley Wright as a result of the acts and/or omissions committed by Defendants.

The Plaintiffs originally filed two (2) complaints in Rhode Island Superior Court—a wrongful death action (C.A. No.: PC06-5009) and a §1983 and Rhode Island Constitution action (C.A. No.: PC07-5811). Thereafter, the Defendants removed both lawsuits to this Court pursuant to 28 U.S.C. §1441. At this time, the Plaintiffs have filed a motion to amend their Complaint wherein the claims and relief sought in the aforementioned complaints will be consolidated into one complaint resulting in less complex pleadings and litigation practice. In addition, the amended complaint will remove any and all claims for loss of consortium arising from the within matter and

properly amend the named Plaintiffs in this matter.[1] Moreover, leave to amend pleadings under Rule 15 should be freely given in the absence of excessive and unexplained delay, undue prejudice to the opposing party, and/or bad faith or dilatory motive on a movant's part. Foman v. Davis, 371 U.S. 178, 182 (1962); Fed. R.Civ.P. 15(a).

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully pray that their Motion to Amend be granted.

David Wright,
By his attorneys,
SINAPI, FORMISANO & CO., LTD.

**Dated: May 8, 2008**

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

Karen Wright,
By her attorney,

**Dated: May 8, 2008**

/s/ Fred T. Polacek
Fred T. Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
(401) 861-4792 (facsimile)

[1] In C.A. No.: PC-06-5009, three (3) minor Plaintiffs—Mickey Wright, David Bolton, and Makalya Ann Wright—as well as Plaintiff Cheryl Bourque were listed as parties in this matter. The amended complaint will not contain these parties.

**CERTIFICATION**

TO: Anne T. Turilli
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that on the 8th day of May, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano