UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually | : | |
| V. | : | C.A. No.: 08-31L |
| STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30 | : | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S MOTION TO COMPEL**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant, State of Rhode Island ("Defendant"), hereby submits this memorandum in support of its motion to compel Plaintiff, the Estate of Thomas Joseph Westley Wright ("Plaintiff"), seeking an Order compelling Plaintiff, the Estate of Thomas Joseph Westley Wright ("Plaintiff"), to respond to Defendant's First Set of Interrogatories and First Request for Production. In support hereof, Defendant states as follows:

Defendant's First Set of Interrogatories and First Request for Production were propounded to Plaintiff on or about November 20, 2007. The responses to discovery were due on December 31, 2007. Fed.R.Civ.P. 33 and 34. They are now almost five months overdue. The delay in receiving such discovery is substantially prejudicing Defendant in the preparation of its defense.

WHEREFORE Defendant respectfully requests that this Court grant Defendant's motion and require compliance within 20 days.

**RULE 37 CERTIFICATION**

Defendant hereby certifies that counsel for the moving party has in good faith conferred or attempted to confer in an effort to resolve this dispute without court intervention.

Defendants,
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

______________________________

ANNE T. TURILLI (Bar No. 5502)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2355
(401) 222-2995 FAX

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed, postage prepaid on this _____ day of May, 2008 to those indicated below:

______________________________________

Edward V. Formisano, Esquire
Sinapi, Formisano & Company, Ltd.
100 Midway Road, Suite 1
Cranston, RI 02920-5742

Fred T. Polacek, Esquire
Law Offices of Fred T. Polacek
55 Dorrance Street, # 2
Providence, RI 02903