UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually | : | |
| V. | : | C.A. No.: 08-31L |
| STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30 | : | |

**STATE OF RHODE ISLAND'S MOTION TO COMPEL**

NOW COMES Defendant, State of Rhode Island, and hereby moves this Honorable Court, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an Order compelling Plaintiff, Cheryl Borque, to respond to Defendant, State of Rhode Island's First Set of Interrogatories and First Request for Production, which were propounded to her on or about November 20, 2007. The responses to discovery were due on December 31, 2007. They are now almost five months overdue.

WHEREFORE Defendant, State of Rhode Island, respectfully requests that this Court grant Defendant's motion and require compliance within 20 days.

**RULE 37 CERTIFICATION**

Defendant herby certifies that counsel for the moving party has, in good faith, conferred or attempted to confer in an effort to resolve this dispute without court action.

Defendants,

STATE OF RHODE ISLAND,
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Anne T. Turilli
ANNE T. TURILLI (#5502)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2355
Fax: (401) 222-2995
aturilli@riag.state.ri.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2008, I electronically filed the within *Motion to Compel*, via the ECF System and caused a copy to be electronically sent to **Edward V. Formisano, Esquire**, Sinapi, Formisano & Company, Ltd., 100 Midway Road, Suite 1, Cranston, RI 02920-5742 and **Fred T. Polacek, Esquire**, Law Offices of Fred T. Polacek, 55 Dorrance Street, # 2, Providence, RI 02903 as hereinabove set forth.

/s/ Anne T. Turilli