**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PAUL DIMAIO,** in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL,** in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT, KAREN WRIGHT, and DAVID WRIGHT,** **Plaintiffs** | : | |
| **vs.** | : | **C.A. No. 08-31L** |
| **STATE OF RHODE ISLAND, Department of Children, Youth and Families, LINDA BENJAMIN**, individually and in her official capacity as an employee of the State of Rhode Island, **PATRICIA CHABOT**, individually and in her official capacity as an employee of the State of Rhode Island, **DONNA RODERICK**, individually and in her official capacity as an employee of the State of Rhode Island, and Does 1 through 30, **Defendants** | : | |

**PLAINTIFFS PAUL DIMAIO AND HOWARD R. CROLL'S OBJECTION TO DEFENDANT STATE OF RHODE ISLAND'S MOTION TO COMPEL**

Now come the Plaintiffs Paul DiMaio and Howard R. Croll and do hereby object to Defendant State of Rhode Island's Motion to Compel.

**WHEREFORE**, the Plaintiffs Paul DiMaio and Howard R. Croll respectfully pray that Defendant State of Rhode Island's Motion to Compel be denied.

Paul DiMaio and Howard R. Croll,
as co-administrators of the Estate of
Thomas Joseph Westley Wright,
By their attorneys,

SINAPI, FORMISANO & CO., LTD.

**Dated: May 23, 2008**

/s/ V. Edward Formisano
V. Edward Formisano (#5512)
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401) 944-9690
(401) 943-9040 (facsimile)

LAW OFFICE OF FRED T. POLACEK

**Dated: May 23, 2008**

/s/ Fred T. Polacek
Fred T. Polacek (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
(401) 861-4792 (facsimile)

**CERTIFICATION**

TO: Anne T. Turilli
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

I hereby certify that on the 23rd day of May, 2008, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano