UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **PAUL DIMAIO**, in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT**, **HOWARD R. CROLL**, in his capacity as Co-Administrator of the Estate of **THOMAS JOSEPH WESTLEY WRIGHT**, **KAREN WRIGHT, and DAVID WRIGHT**, **Plaintiffs** | : | |
| **vs.** | : | **C.A. No.: C.A. No.: 08-31L** |
| **STATE OF RHODE ISLAND**, **Department of Children, Youth and Families** **LINDA BENJAMIN**, individually and in her official capacity as an employee of the State of Rhode Island: **PATRICIA CHABOT**, Individually and in her official capacity as an Employee of the State of Rhode Island **DONNA RODERICK**, individually and in her Official capacity as an employee of the State of Rhode Island; and Does 1-30 **Defendants** | : | |

**PLAINTIFF, KAREN WRIGHT'S OBJECTION TO DEFENDANT, STATE OF RHODE ISLAND'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

NOW COMES the Plaintiff, Karen Wright, and does hereby object to Defendant, State of Rhode Island's Motion to Compel Interrogatory Answers.

**WHEREFORE,** the Plaintiff, Karen Wright, respectfully prays that Defendant, State of Rhode Island's Motion to Compel Interrogatory Answers be denied.

Karen Wright,
By her Attorney,
Fred T. Polacek, Esq.

/s/ Fred T. Polacek

Fred T. Polacek, Esq. (#2710)
55 Dorrance Street, Suite 200
Providence, RI 02903
(401) 861-5662
(401) 861-4792 (fax)

**CERTIFICATION**

TO: Ann T. Turilli
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903

V. Edward Formisano
100 Medway Place, Suite 1
Cranston, RI 02920-5707

I hereby certify that on the 23rd day of May, 2008 I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island u sing the CM/ECF System.

/s/ Fred T. Polacek