AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

## APPEARANCE

Case Number: CA08-31L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DAVID WRIGHT

I certify that I am admitted to practice in this court.

6/10/08
Date

Signature

MICHAEL D. PUSHEE 6948
Print Name Bar Number

100 MIDWAY PL., SUITE 1
Address

CRANSTON RI 02920
City State Zip Code

401-944-9690 401-943-9040
Phone Number Fax Number