UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAUL DIMAIO, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, HOWARD R. CROLL, in his capacity as Co-Administrator of the Estate of THOMAS JOSEPH WESTLEY WRIGHT, CHERYL BORQUE in her representative capacity as Adoptive Parent of MICKEY WRIGHT and DAVID BOLTON, DAVID WRIGHT, Individually and as a Parent of MAKAYLA ANN WRIGHT, Next Friend of KAREN WRIGHT, Individually | : | |
| V. | : | C.A. No.: 08-31L |
| STATE OF RHODE ISLAND, Department of Children, Youth and Families; LINDA BENJAMIN, individually and in her official capacity as an employee of the State of Rhode Island; PATRICIA CHABOT, individually and in her official capacity as an employee of the State of Rhode Island; DONNA RODERICK, individually and in her official capacity as an employee of the State of Rhode Island; and Does 1 through 30 | : | |

**STIPULATION**

By agreement of the parties, Defendants may have up to and including October 6, 2008, to respond and/or object to *Plaintiff David Wright's First Set of Interrogatories Propounded to Defendant Linda Benjamin, Plaintiff David Wright's First Set of Interrogatories Propounded to Defendant Patricia Chabot, Plaintiff David Wright's First Set of Interrogatories Propounded to Defendant State of Rhode Island, Plaintiff David Wright's First Set of Interrogatories Propounded to Defendant Donna Roderick, Plaintiff David Wright's First Request for Production of Documents Addressed to Defendant Linda Benjamin, Plaintiff David Wright's First Request for Production of Documents Addressed to Defendant Patricia Chabot, Plaintiff David Wright's First Request for*

*Production of Documents Addressed to Defendant State of Rhode Island,* and *Plaintiff David Wright's First Request for Production of Documents Addressed to Defendant Donna Roderick.*

DEFENDANTS
By Their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

/s/ Anne T. Turilli
Anne T. Turilli, Esq. (#5502)
Special Assistant Attorney General
Rhode Island Department of Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400 x 2355
Fax: (401) 222-2995
aturilli@riag.state.ri.us

PLAINTIFF
By His Attorney,

/s/ V. Edward Formisano
V. Edward Formisano, Esq. (#5512)
Michael Pushee, Esq.
Sinapi Formisano & Company, Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5742
Tel: (401) 944-9690
Fax: (401) 943-9040
edf@sfclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of September 2008, I electronically filed the within, via the ECF System and caused a copy to be electronically sent to:

| | |
|---|---|
| Edward V. Formisano, Esq. | edf@sfclaw.com, sfc1@sfclaw.com |
| Fred T. Polacek, Esq. | fred@polaceklaw.com |
| Michael Pushee, Esq. | MPushee@SFCLAW.com |

/s/ Anne T. Turilli